1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    KENNETH D. DAWSON,                    1:10-cv-00561-OWW-MJS (PC)

10          Plaintiff,                     ORDER REQUIRING PLAINTIFF TO
                                           EITHER FILE A COMPLETED
11   vs.                                   APPLICATION TO PROCEED IN FORMA
                                           PAUPERIS OR PAY THE FILING FEE
12   ARNOLD SCHWARZENEGGER,
                                           PLAINTIFF MUST COMPLY BY AUGUST
13          Defendant.                     18, 2010
     _____/
14

15
16        Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42

17   U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee or submitted an application to

18   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

19   ORDERED that:

20        1.    **Not later than August 18, 2010,** Plaintiff shall file the attached application to

21              proceed in forma pauperis, completed and signed, **and** submit a certified copy

22              of his prison trust account statement for the six month period immediately

23              preceding the filing of the complaint, **or in the alternative**, pay the $350.00 filing

24              fee for this action.

25        2.    **Failure to comply with this order will result in a recommendation that this**

26              **action be dismissed**; and

27   ///
     ///
28

1    3.    **No requests for extension will be granted.**

2

3

4   IT IS SO ORDERED.

5   Dated:    June 16, 2010                        /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28