# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. DAWSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ARNOLD SWARZNEGGER, et al.,<br><br>   Defendants.<br>_____/ | CASE NO.    1:10-cv-561-OWW-MJS (PC)<br><br>ORDER DENYING PLAINTIFF IN FORMA PAUPERIS STATUS<br><br>AND<br><br>REQUIRING HIM TO PAY $350.00 FILING FEE IN FULL BY OCTOBER 13, 2010 |

Plaintiff Kenneth Dawson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by Plaintiff reveals that Plaintiff is subject to § 1915(g) and is precluded from proceeding in forma pauperis unless Plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of the following cases filed by Plaintiff: Dawson v. Terhune, 2:01-cv-1490-FCD-GGH (E.D. Cal.) (Dismissed on January 9, 2003 for failure to state a claim); Dawson v. United States, 2:04-cv-1793-GEB-PAN (E.D. Cal.) (Dismissed on January 12, 2006 for failure to state a claim); Dawson v. Obama, 2:08-cv-2754-FCD-GGH (E.D. Cal.) (Dismissed on March 2, 2009 as frivolous); Dawson v. Schwartzenegger, 1:09-cv-1034-SMS (E.D. Cal.) (Dismissed on December 22, 2009 for failure to state a claim).

1 The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[2] <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff has alleged no facts that would support a finding that he is under imminent danger of serious physical injury, Plaintiff is ineligible to proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff shall pay the $350.00 filing fee in full by October 13, 2010 or this action will be dismissed.

IT IS SO ORDERED.

**Dated:   September 10, 2010**                          /s/ Oliver W. Wanger
                                                                          UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff's allegations concern his cooperation with authorities in setting up drug transactions and do not allege that he is in imminent danger of serious physical harm.