# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. DAWSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. SWARZENEGGER, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-561-OWW-MJS (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE IN FULL<br><br>(ECF No. 4) |

　　　Plaintiff Kenneth D. Dawson, a state prisoner proceeding pro se, filed this civil rights action on April 1, 2010. (ECF No. 1.) On September 13, 2010, the Court found that Plaintiff was not entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the $350.00 filing fee in full by October 13, 2010. (ECF No. 4.) To date, Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

　　　A civil action may not proceed absent the submission of either the filing fee or the grant of in forma pauperis status. 28 U.S.C. §§ 1914, 1915. Because Plaintiff is not entitled to proceed in forma pauperis and has not paid the filing fee, dismissal of this action is appropriate. <u>In re Phenylpropanolamine (PPA) Products Liability Litigation</u>, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 11-110.

　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Local Rule 11-110 for failure to pay the filing fee.

IT IS SO ORDERED.

1  **Dated:   October 27, 2010**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE